**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,                  )
                                           )   No. CR 05-1061-PHX-FJM
              Plaintiff,                    )
                                           )
vs.                                        )
                                           )   **ORDER**
Aslam Muhammad,                            )
                                           )
              Defendant.                    )
_____ )

     Pursuant to the foregoing motion, and good cause appearing,

     **IT IS HEREBY ORDERED** that the arrest warrant in the above case be quashed and a Summons be issued to Aslam Muhammad at 2200 Monroe Street, #804, Santa Clara, California 95050.

     DATED this 19th day of October, 2005.

_____
David K. Duncan
United States Magistrate Judge